IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Jennifer Skelly :
: 
    Plaintiff, :
vs. : Civil Action No. 20-CV-343-TFM-B
:
Country Club of Mobile :
:
    Defendant(s) :

## COMPLAINT

1. Plaintiff resides at 9556 Bristow Court Mobile, Al 36695
2. Name(s) of defendant(s) Country Club of Mobil
3. Location of principal office(s) of the named defendant(s)
   4101 Wimbledon Drive West Mobile, Al 36608

4. Nature of business of defendant(s) Country Club, restaurant, golf course

5. Approximate number of individuals employed by defendant(s) Over 15

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) __X__ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) __X__ Other acts as specified below: Sex and retaliation

Rev. 8/2015

Case 1:20-cv-00343-TFM-B   Document 1   Filed 07/01/20   Page 2 of 7   PageID #: 2

discriminated against me in terms of the conditions of my employment, is as follows: I worked as a server at the Country Club of Mobile (CCM) from August 2017 until May 6th 2018. While at CCM, I was continuously and consistently sexually harassed by Brandon Faulkr He sent me half-naked pictures of himself, as well as sexually explicit texts. He repeated rubbed his body up against me and I rejected all of his advances. He pressured me to socialize with him outside of work and threatened to cut my hours if I did not. He retaliate by treating me with hostility at work and he terminated me on May 6th, 2018. He told me I was terminated because I was a "beautiful blonde" and remained a manager.

12. The alleged illegal activity took place at Country Club of Mobile

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about September 28th, 2018

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on April 7th, 2020

14. I seek the following relief:

(A) __X__ Recovery of back pay.

(B) __X__ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: June 30th, 2020

Signature of Plaintiff

9556 Bristow Court

Mobile, Alabama 36695

Address of Plaintiff

412 720 · 5782

Telephone Number of Plaintiff

7. Plaintiff is:

    (A) \_\_\_\_\_ Presently employed by the defendant.

    (B) **X** Not presently employed by the defendant.

        The dates of employment were August 2017 until May 6, 2018

        (1) **X** Plaintiff was discharged.

        (2) \_\_\_\_\_ Plaintiff was laid off.

        (3) \_\_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

    (A) \_\_\_\_\_ Race         **X** Sex

        \_\_\_\_\_ Color         \_\_\_\_\_ National Origin

        \_\_\_\_\_ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) \_\_\_\_\_ Physical disability

        \_\_\_\_\_ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) \_\_\_\_\_ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Brandon Faulkner, Caucasian male, manager

10. The alleged discrimination occurred on or about During my entire employment

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

EEOC Form 161-B (11/16)            **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Jennifer Skelly<br>275 Dogwood Drive<br>Mobile, AL 36609 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2019-00010 | Annette M. George,<br>Investigator | (251) 690-2588 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**ERIKA LACOUR**
Digitally signed by ERIKA LACOUR
DN: c=US, o=U.S. Government, ou=Equal Employment Opportunity Commission, cn=ERIKA LACOUR, 0.9.2342.19200300.100.1.1=45001002872263
Date: 2020.04.07 10:03:11 -05'00'

Enclosures(s)                    Erika LaCour,                              *(Date Mailed)*
                                 Local Office Director

cc:   **Country Club of Mobile**                          **Abby M. Richardson**
      c/o Kathryn M. Willis, Esq.                         **RICHARDSON LAW FIRM, LLC**
      Burr & Forman LLP                                   118 North Royal Street
      11 N. Water Street                                  Suite 100
      Suite 22200                                         Mobile, AL 36602
      Mobile, AL 36602

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Jennifer Skelly | HOME TELEPHONE (Include Area Code) 412-720-5782 | |
|---|---|---|
| STREET ADDRESS 275 Dogwood Drive | CITY, STATE AND ZIP CODE Mobile, Al 36609 | DATE OF BIRTH 10/04/91 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME Country Club of Mobile | NUMBER OF EMPLOYEES, MEMBERS Over 15 | TELEPHONE (Include Area Code) 251-342-7400 |
|---|---|---|
| STREET ADDRESS 4101 Wimbledon Drive West | CITY, STATE AND ZIP CODE Mobile, Alabama 36608 | COUNTY Mobile |

EEOC Mobile Local Office
SEP 28 2018
RECEIVED

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ AGE  ☒ RETALIATION  ☐ NATIONAL ORIGIN  ☐ DISABILITY  ☐ OTHER | EARLIEST (ADEA/EPA)  LATEST 5/16/18  ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked as a server at the Country Club of Mobile ("CCM") from August 2017 until May 6, 2018, when I was terminated. While employed at CCM, I was continuously and consistently sexually harassed by my older male supervisor, Brandon Faulkner. Mr. Faulkner constantly talked about sex to and in front of me, including sexual positions that he enjoyed and the body types he preferred. He showed me text messages from his girlfriend that referred explicitly to their sex life and sexual behavior. He sent half-naked pictures of himself, as well as other highly inappropriate, sexually explicit texts, to me and my young, female co-workers. He once tried to kiss me and repeatedly touched me on the buttocks, shoulders, and side. He repeatedly rubbed his body up against me. I rejected each and every one of his numerous advances.

He pressured me and the other younger, female servers to socialize with him outside of work and threatened to cut our hours if we did not. On the occasions when I refused to answer Mr. Faulkner's social calls or failed to invite him to a social gathering outside of work, he would retaliate by treating me with hostility at work. Faulkner constantly pressured me and other younger female associates to socialize with him and to bring him to college parties with us. He repeatedly asked another female employee to have sex with him. (Cont.)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

I declare under penalty of perjury that the foregoing is true and correct.

9-28-18
Date

*Charging Party (Signature)*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (10/94)

Faulkner began to retaliate against me for rejecting his sexual overtures in April and early May 2018. He treated me with increasing hostility. Ultimately, on May 6, 2018, he terminated my employment. Even though Faulkner repeatedly consumed alcohol on the job and encouraged me and my other younger female employees to do so as well, I was terminated after having one drink several hours prior to coming to work. I was also told that the termination was due to the fact that I am a "beautiful blonde."

I was not the only employee sexually harassed by Mr. Faulkner. Another employee, Kelsey (LNU), complained about Mr. Faulkner to CCM and quit her job because she could no longer sustain the sexually hostile work environment he created. Nevertheless, Mr. Faulkner was permitted to continue to supervise me and other employees.

I was subjected to discrimination on the basis of sex, quid pro quo sexual harassment, retaliated against for resisting my supervisor's sexual advances, subjected to a hostile work environment on account of my sex, and retaliated against for opposing same, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I declare under penalty of perjury that the foregoing is true and correct.

9-28-18
Date

EEOC Mobile Local Office
SEP 2 8 2018
RECEIVED

# U.S. District Court
## SOUTHERN DISTRICT OF ALABAMA (Mobile)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00343-TFM-B
### Internal Use Only

Skelly v. Country Club of Mobile
Assigned to: District Judge Terry F. Moorer
Referred to: Magistrate Judge Sonja F. Bivins
Demand: $80,000
Cause: 42:1981 Sex Discrimination

Date Filed: 07/01/2020
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

### Plaintiff

**Jennifer Skelly**      represented by   **Jennifer Skelly**
9556 Bristow Court
Mobile, AL 36695
412-720-5782
Email:
PRO SE

V.

### Defendant

**Country Club of Mobile**

Email All Attorneys
Email All Attorneys and Additional Recipients

## Proceedings for case 1:20-cv-00343-TFM-B are not available