IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Jennifer Skelly
**Plaintiff(s)/Petitioner(s)**

vs.

Country Club of Mobile

CIVIL ACTION NO. 20-CV-343-TFM-B
(To be supplied by Clerk of Court)

**Defendant(s)/Respondent(s)**

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Jennifer Skelly, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed *in forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**
I am filing a sexual harassment complaint against the Country Club of mobile

II. **RESIDENCE:**
Your address: 9556 Bristow Ct.
(Street)
Mobile      Alabama       36695
(City)      (State)       (Zip Code)

III. **MARITAL STATUS:**
1. Single __X__  Married ____  Separated ____  Divorced ____
2. If married, spouse's full name: NA

IV. **DEPENDENTS:**
1. Number: N|A
2. Relationship to dependent(s): N|A
3. How much money do you contribute toward your dependents' support on a monthly basis? $ N|A

*United States District Court*                                    *Rev. 8/1/2015*

**V. EMPLOYMENT:**
1. Name of employer: N\A
   a. Address of employer: N\A
      (Street)
      N\A           N\A          N\A
      (City)        (State)      (Zip Code)
   b. How long have you been employed by present employer?
      Years: N\A          Months N\A
   c. Income: Monthly $ N\A          or Weekly $ N\A
   d. What is your job title? N\A

2. If unemployed, date of last employment: June 6th, 2020
   Amount of salary and wages received per month in last employment: $ 2400

3. Is spouse employed? N\A       If so, name of employer: N\A
   a. Income: Monthly $ N\A          or Weekly $ N\A
   b. What is spouse's job title? N\A

4. Are you and/or your spouse receiving welfare aid? N\A
   If so, amount: Monthly $ N\A          or Weekly $ N\A

**VI. FINANCIAL STATUS:**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: N\A
   b. Full Address: N\A
   c. In whose name: N\A
   d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - -  $ 0
   e. Total amount owed - - - - - - - - - - - - - - - - - - - - - - - - -  $ 0
      Owed to: _____  $ 0
      _____  $ 0

   f. Annual income from property - - - - - - - - - - - - - - - - - - -  $ 0

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                                       Asset (1)              Asset (2)
      Make & Model:              Honda Civic
      In whose name registered?  Jennifer Skelly
      Present Value of Asset:    $7000
      Amount owed:               $13000
      Owed to:                   TD Auto Finance
   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ 1500
   c. List monies received by you during the last twelve (12) months, or held for you

2

by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

    Business, profession or other forms of self-employment -    $ 0
    Rent payments, interest or dividends - - - - - - - - - - - - - -    $ 0
    Pensions, annuities or life insurance payments - - - - - - -    $ 0
    Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - -    $ 0
    Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - -    $ 0
    Tax refunds, Veteran benefits or social security benefits    $ 0
    Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - -    $ 0

3. Obligations:
   a. Monthly rental on house or apartment - - - - - - - - - - - -    $ 600
   b. Monthly mortgage payments on house - - - - - - - - - - - -    $ 0

4. Other information pertinent to your financial debts and obligations:

| TD Auto Finance | $13000 | $415 |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| | | |
| (Creditor) | (Total debt) | (Monthly payment) |
| | | |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

unemployment, until I find another job

Other (Explain): _____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

6·30·2020
DATE

*[signature]*
SIGNATURE OF PLAINTIFF/PETITIONER

9556 Bristow Ct.
ADDRESS
Mobile, Al 36695