IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER SKELLY,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   CIVIL ACTION NO. 20-00343-TFM-B |
| | * |
| **COUNTRY CLUB OF MOBILE,** | * |
| | * |
|     **Defendant.** | * |

## ORDER

Counsel for Defendant has notified the Court that the parties have reached a settlement of all claims and that this action is due to be dismissed. Upon consideration, the parties are **DIRECTED** to file, by **February 5, 2021,** a joint stipulation of dismissal signed by Plaintiff and counsel for Defendants.

**ORDERED** this **25th** day of **January, 2021.**

                                    **/s/ SONJA F. BIVINS**
                                **UNITED STATES MAGISTRATE JUDGE**