IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER SKELLY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:20-cv-00343-TFM-B |
| | ) | |
| COUNTRY CLUB OF MOBILE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties herein, and jointly stipulate to the dismissal of the above-styled matter, in its entirety, with prejudice.

Respectfully submitted,

*/s/ Jennifer Skelly (with permission)*
JENNIFER SKELLY, *pro se*
9556 Bristow Court
Mobile, AL 36695
Tel: 412-720-5782
Email: jenniferlynskelly@gmail.com


*/s/ Kathryn M. Willis*
Kathryn Morris Willis          (WILLK8533)
Emily Crow Killion             (CROWE2443)
BURR & FORMAN LLP
11 N. Water Street, Suite 22200
Mobile, AL 36602
Tel: 251-345-8213
Email: kwillis@burr.com
            ekillion@burr.com

*Attorneys for Defendant,
Country Club of Mobile*

44893759 v1