#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER SKELLY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACT. NO. 1:20-cv-343-TFM-B |
| COUNTRY CLUB OF MOBILE, | : | |
| Defendant. | : | |

### ORDER

Pending before the Court is the parties' *Joint Stipulation for Dismissal*. Doc. 23, filed January 27, 2021. The parties request the Court dismiss, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all of the claims in this matter. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The stipulation is signed by all of the parties. Doc. 28.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this the 27th day of January 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE